BK0906776
(DP)

This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.



C. Kathryn Preston
United States Bankruptcy Judge

Dated: March 10, 2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

IN RE:

Troy L. Evans
Sharon L. Evans                    Judge Preston
            Debtors

_____

AGREED ORDER ON AMENDED MOTION
TO SELL REAL ESTATE OF U.S.
BANK HOME MORTGAGE (PROPERTY
ADDRESS: 474 FABER STREET,
PICKERINGTON, OHIO 43147)

This matter having come on before the Court upon the Amended Motion to Sell Real Estate filed herein on December 23, 2009 as document #64 by the Debtors and upon secured creditor, U.S. Bank Home Mortgage's (hereinafter "Creditor") response thereto filed herein on December 23, 2009 as document #65; and a hearing have been scheduled for February 18, 2010; and it appearing to the Court that the parties have agreed to a course of action which will resolve this matter conditioned upon certain provisions incorporated herein for the protection of Creditor; and the Court, being otherwise fully advised in the premises, hereby makes the following findings of fact and issues the following Order with respect thereto:

1. The Debtors are permitted to proceed with the sale of the subject property located at 474 Faber Street, Pickerington, Ohio 43147

in accordance with the terms and conditions attached hereto as Exhibit "A".

    IT IS SO ORDERED.


/s/Erin A. Jochim_____
Erin A. Jochim
Erin A. Jochim, Case Attorney
Ohio Supreme Court No. 0077062
Amy D. Hathaway, Esq.
Bar Registration #0075169
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 Fax


/s/ Erin E. Schrader_____
Erin E. Schrader, Attorney for Debtors
Ohio Supreme Court No. 0078078
Troy I. Evans and Sharon L. Evans, Debtors
Rauser & Associates
5 E. Long Street, Suite 300
Columbus, Ohio 43215
(614) 228-4480
AUTHORIZATION RECEIVED VIA FAXED SIGNATURE

COPIES TO:

DEFAULT LIST

###



January 28, 2010

Joe Mosher
FAX: 614-548-0559

Re: Sharon L.Evans

474 Faber Street
Pickerington, OH 43147

US Bank Loan # 9902161349

To Whom It May Concern:

This letter will serve as our final approval and demand statement to accept a short payoff on the property listed above. This property is being sold "As Is". Approval is subject to the following terms and the closing costs are limited to the following amounts:

| | |
|---|---|
| Sales Price................................................................................. | **$155,000.00** |
| Commission............................................................................... | $9,300.00 |
| Closing Costs............................................................................. | $9,553.64 |
| Sellers Consideration................................................................. | $1,000.00 |
| **Net Proceeds to US Bank Home Mortgage (to Equal or Exceed) ..........** | **$135,146.36** |

Please advise the seller that as a condition to approval, the seller's rights to any escrowed funds and any refunds from pre-paid expenses are waived. The seller will not receive any funds from the proceeds of the sale. Receipt of these funds shall suffice for release of the mortgage and deed of trust.

Notify me in advance if there are any variations in the net proceeds or if you learn the transaction is not going to close by 1/29/2010. This letter will serve as our presence at the closing, since we will not have an attorney present.

Overnight the payoff check along with the signed, certified true copy of the HUD-1 Settlement Statement signed by both buyers and sellers (per investor requirement regardless of state requirements), the completed Closing Worksheet and Borrower's Incentive Compensation Release Form and RECORDED Power of Attorney if applicable (must be recorded per investor requirements regardless of state requirements) to:

Christine Malek
Loss Mitigation Department
17500 Rockside Road
Bedford, OH 44146.



As a condition to this approval both seller and buyer signatures are required on the final HUD-1 Settlement Statement. If the payoff check is not accompanied by the Original signed HUD-1 Settlement Statement or a stamped CERTIFIED TRUE COPY of the original and the title report, the payoff check will be returned. We at anytime reserve the right to rescind our approval of the Pre-Foreclosure Sale if any fraudulent activity is suspected or information received indicates that the mortgager no longer qualifies for this program.

A release of the mortgage will be processed upon receipt of the payoff funds if no further information is needed.

If you have any questions or require further information please call me at 1-216-475-7671.

Sincerely,

*Christine M Malek*

Christine Malek
Loss Mitigation Processor
Bedford Office

cc: Loss Mitigation File

# ✱ Example ✱

**Closing Worksheet**
**Pre-foreclosure Sale Program**

U. S. Department of Housing
and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No.2502-0464
(exp. 07/31/2009)

Public reporting burden for this collection of information is estimated to average 58 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This information is required to obtain benefits. HUD may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

Section 204 of the National Housing Act authorizes the Secretary to pay an insurance claim that bridges the gap between the fair market value proceeds from the HUD-approved third party sale of a property. The respondent's maybe lenders (mortgagee's), counselors and homeowners who are attempting to sell their properties prior to foreclosure. The Privacy Act of 1974 pledges assurances of confidentiality to respondents. HUD generally discloses this data only in response to a Freedom of Information request.

| Mortgagee Contact Person: | Phone Number: | Account/Control Number: | FHA Case Number: |
|---|---|---|---|
| Homeowner Name(s): | | Property Address: | |
| Homeowner Name(s): | | | |

Mortgagee (or HUD) Approval of the Sales Contract is a Pre-Condition of the Sale

| Name of Purchaser | Address | Phone Number |
|---|---|---|
| Name of Purchaser | Address | Phone Number |

| Type of Financing (mark one) ☐ FHA ☐ VA ☐ Conventional ☐ Other | Date Contract Approved | Selling Price $ | Sales Commission % |
|---|---|---|---|

| Payable from Sale Proceeds | | |
|---|---|---|
| Sales Commission | $ | |
| (Local & State transfer taxes/stamps, etc.) | $ | |
| (Lien discharge (must not exceed $1,000) | $ | |
| (insert item) | $ | |
| (insert item) | $ | |
| Consideration to seller (Basic amount=$750. Addition amount (normally $250) is paid if closing occurs within 90 days of start of participation in Pre-foreclosure sale Procedure) | $ | |
| Total Amount Payable from Sales Proceeds (Add column of items) $ | | Deduct all payments form Proceeds from selling price. New proceeds to Mortgagee: $ |
| Total amount paid to seller | Seller's Initials & Date: CM 9/9/09 | *(By initialing, seller acknowledges receipt of amount specified). |
| X Sale's Agent/Broker's Signature & Date** *Christi Walk* 9/9/09 | | **By signing, the Agent/Broker certifies that there are no hidden terms or special understanding with the buyer, seller, appraiser, closing agent or mortgagee. |
| Mortgagee's Authorizing Official's Signature & Date X **LEAVE BLANK** Not for seller Signature | | Closing Agent's Signature & Date X *Christi Walk* 9/9/09 |

(Attach copy of Settlement Statement)

form HUD-90052 (06/2003)
ref. Handbook 4330.1

# Closing Worksheet
## Pre-foreclosure Sale Program

U. S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No.2502-0464
(exp. 07/31/2009)

Public reporting burden for this collection of information is estimated to average 58 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This information is required to obtain benefits. HUD may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

Section 204 of the National Housing Act authorizes the Secretary to pay an insurance claim that bridges the gap between the fair market value proceeds from the HUD-approved third party sale of a property. The respondent's maybe lenders (mortgagee's), counselors and homeowners who are attempting to sell their properties prior to foreclosure. The Privacy Act of 1974 pledges assurances of confidentiality to respondents. HUD generally discloses this data only in response to a Freedom of Information request.

| Mortgagee Contact Person: Christine Malek | Phone Number: 216-475-7671 | Account/Control Number: 9902153941 | FHA Case Number: 412-5351654-703 |
|---|---|---|---|
| Homeowner Name(s): Tammy L. Cobaugh | | Property Address: 4216 Lake Vista Road Akron, OH 44319 | |
| Homeowner Name(s): | | | |

Mortgagee (or HUD) Approval of the Sales Contract is a Pre-Condition of the Sale

| Name of Purchaser Ross Blankenship | Address | Phone Number |
|---|---|---|
| Name of Purchaser Sharon Blakenship | Address | Phone Number |

| Type of Financing (mark one) ☐ FHA ☐ VA ☑ Conventional ☐ Other | Date Contract Approved 01/28/2010 | Selling Price $ 39,500 | Sales Commission 6.000 % |
|---|---|---|---|

| Payable from Sale Proceeds | | |
|---|---|---|
| Sales Commission | $ 9,300.00 | |
| (Local & State transfer taxes/stamps, etc.) | $ 9,553.64 | |
| (Lien discharge (must not exceed $1,000) | $ | |
| (insert item) | $ | |
| (insert item) | $ | |
| Consideration to seller (Basic amount=$750. Addition amount (normally $250) is paid if closing occurs within 90 days of start of participation in Pre-foreclosure sale Procedure) | $ 1,000.00 | |
| Total Amount Payable from Sales Proceeds (Add column of items) | $19,853.64 | Deduct all payments form Proceeds from selling price. New proceeds to Mortgagee: $ 135,146.36 |
| Total amount paid to seller $0.00 | Seller's Initials & Date | *(By initialing, seller acknowledges receipt of amount specified). |
| Sale's Agent/Broker's Signature & Date** | | **By signing, the Agent/Broker certifies that there are no hidden terms or special understanding with the buyer, seller, appraiser, closing agent or mortgagee. |
| Mortgagee's Authorizing Official's Signature & Date  X | | Closing Agent's Signature & Date  X |

(Attach copy of Settlement Statement)

form HUD-90052 (06/2003)
ref. Handbook 4330.1



Home Mortgage
17500 Rockside Road
Bedford, OH 44146

January 28, 2010

# Borrower's Incentive Compensation Release Form

Sharon L. Evans

474 Faber Street
Pickerington, OH 43147

US Bank Loan Number: 9902161349

By signing below, I agree to use $1,000.00 of my Pre-Foreclosure Sales Incentive Compensation from HUD towards the $66.68 towards HOA dues, $130.89 towards delinquent Water/Sewer bill, $89.90 towards current Water/Sewer bill and $712.53 towards Seller Concessions.

_____     _____
Borrower                    Date


_____     _____
Co-Borrower                 Date


Attach letter from Lender stating they agree to accept the above amount for satisfaction of the loan.

| | | OMB Approval No. 2502-0265 |
|---|---|---|
| A. Settlement Statement | | B. Type of Loan |
| | | 1-5. Loan Type FHA |
| Talon Title Agency of Central Ohio, Inc. | | 6. File Number 1608095-NE |
| Final Statement | | 7. Loan Number 6030053629 |
| | | 8. Mortgage Insurance Case Number 413-5351452-703 |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside this closing; they are shown here for informational purposes and are not included in the totals.

D. Name of Borrower: Emily M. Pazaropoulos
474 Faber Street, Pickerington, OH 43147

E. Name of Seller: Sharon Lynn Evans

F. Name of Lender: KeyBank National Association
127 Public Square
Cleveland, OH 44114

G. Property Location: 474 Faber Street, Pickerington, OH 43147

H. Settlement Agent: Talon Title Agency of Central Ohio, Inc.
Address: 1730 Hill Road North, Pickerington, OH 43147

I. Settlement Date: 01/29/2010
Print Date: 01/26/2010, 4:00 PM
Disbursement Date: 01/29/2010
Signing Date:

Place of Settlement Address: 1730 Hill Road North, Pickerington, OH 43147
Amy Black

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due To Seller | |
| 101. Contract Sales Price | 155,000.00 | 401. Contract Sales Price | 155,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 2,809.62 | 403. Total Deposits | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 120. Gross Amount Due From Borrower | 157,809.62 | 420. Gross Amount Due To Seller | 155,000.00 |
| 200. Amounts Paid By Or In Behalf Of Borrower | | 500. Reductions In Amount Due to Seller | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 152,192.00 | 502. Settlement charges (line 1400) | 15,840.95 |
| 203. Existing loan(s) taken subject | | 503. Existing loan(s) taken subject | |
| 204. | | 504. Payoff of first mortgage loan - US Bank N.A. | 135,146.36 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. 1st half 2009 tax to Fairfield County Treasurer | 1,842.73 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes 07/01/09 to 01/29/10 @ $3685.40/yr | 2,150.69 | 511. County taxes 07/01/09 to 01/29/10 @ $3685.40/yr | 2,150.69 |
| 212. Assessments | | 512. Assessments | |
| 213. 22 days 2010 HOA Dues | 19.27 | 513. 22 days 2010 HOA Dues | 19.27 |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 154,361.96 | 520. Total Reduction Amount Due Seller | 155,000.00 |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross amount due from Borrower (line 120) | 157,809.62 | 601. Gross amount due to Seller (line 420) | 155,000.00 |
| 302. Less amounts paid by/for Borrower (line 220) | 154,361.96 | 602. Less reductions in amounts due to Seller (line 520) | 155,000.00 |
| 303. Cash (X From) ( To) Borrower | 3,447.66 | 603. Cash ( To) ( From) Seller | |

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.
Settlement Agent: _____ Date: _____

* See Supplemental Page for details.

| L. Settlement Charges | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price $155,000.00 @ 6.0000% = $9300.00 | | | |
| Division of Commission (line 700) as follows | | | |
| 701. $4,650.00 to Prudential American Realty Center | | | |
| 702. $4,650.00 to Coldwell Banker King Thompson | | | |
| 703. Commission paid at Settlement | | | 9,300.00 |
| 704. | | | |
| 800. Items Payable in Connection with Loan | | | |
| 801. Loan Origination Fee | | | |
| 802. Loan Discount | | | |
| 803. Appraisal Fee - Seco'ink Information Svs LLC | POC-B $375.00 | | 100.00 |
| 804. Credit Report - First American Credco | POC-B $12.50 | | 50.00 |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Insurance Application Premium | | | |
| 807. Assumption Fee | | | |
| 808. Tax Service - KeyBank National Association | POC-L $84.00 | | |
| 809. Escrow Holdback - KeyBank National Association | | 185.06 | 114.94 |
| 810. Flood Certification Fee - Secolink Information | | | 13.50 |
| 811. Application Fee - KeyBank National Association | | | 300.00 |
| 812. Courier Fee - KeyBank National Association | | | 25.00 |
| 813. Mers Fee - MERS | | 7.00 | |
| 814. Processing Fee - KeyBank National Association | | | 350.00 |
| Supplemental Summary | | | |
| 900. Items Required by Lender to be Paid in Advance | | | |
| 901. Interest 01/22/10 to 02/01/10 @$21.369400/day - KeyBank National Association | | | 213.69 |
| 902. Mortgage Insurance Premium for ## Months/Years - KeyBank National Association | | 2,617.56 | |
| 903. Hazard Insurance Premium for 1 year(s) to State Farm Ins. | POC $492.00 | | |
| 904. | | | |
| 905. | | | |
| Supplemental Summary | | | |
| 1000. Reserves Deposited with Lender | | | |
| 1001. Hazard Insurance 3 mo(s) @$41.00/mo | | | 123.00 |
| 1002. Mortgage Insurance | | | |
| 1003. City Property Taxes | | | |
| 1004. County Property Taxes 3 mo(s) @$307.12/mo | | 245.99 | 675.37 |
| 1005. Annual assessments | | | |
| 1006. | | | |
| 1007. | | | |
| 1008. Aggregate Accounting Adjustment | | -245.99 | |
| 1100. Title Charges | | | |
| 1101. Settlement or closing fee - Talon Title Agency of Central Ohio, Inc. | | | 490.00 |
| 1102. Abstract or title search - Talon Title Agency of Central Ohio, Inc. | | | 175.00 |
| 1103. Title examination | | | |
| 1104. Title Insurance Binder - Talon Title Agency of Central Ohio, Inc. | | | 100.00 |
| 1105. Document Fee | | | |
| 1106. Notary Fee | | | |
| 1107. Attorney Fee | | | |
| (includes above item numbers: ) | | | |
| 1108. Title Insurance – See supplemental page for breakdown of individual fees and payees | | | 1,117.75 |
| (includes above item numbers: ) | | | |
| 1109. Lender's coverage $152,192.00 Premium: $100.00 | | | |
| 1110. Owner's coverage $155,000.00 Premium: $1,017.75 | | | |
| 1111. OH END Survey Coverage OWNERS - Talon Title Agency of Central Ohio, Inc. | | | 100.00 |
| 1112. Talon AGT - Recording Service Fee - Talon Title Agency of Central Ohio, Inc. | | | 20.00 |
| 1113. OH END 5.1 EPA - Talon Title Agency of Central Ohio, Inc. | | | 50.00 |
| 1114. OH ENC Comp - Talon Title Agency of Central Ohio, Inc. | | | 150.00 |
| 1115. | | | |
| 1116. | | | |
| 1117. | | | |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. *Recording fees: Deed $35.00 Mortgage $108.00 Release $0.00 | | | 144.00 |
| 1202. *City/county tax/stamps: Deed $620.50 Mortgage $0.00 | | | 620.50 |
| 1203. State tax/stamps: | | | |
| 1204. | | | |
| 1205. | | | |
| 1206. | | | |
| 1300. Additional Settlement Charges | | | |
| 1301. Survey to Pomeroy & Associates, Ltd. | | | 150.00 |
| 1302. Pest Inspection to | | | |
| 1303. Transfer Fee to OMNI Ohio/Kentucky Division | | | 75.00 |
| 1304. Association Dues to Villages at Sycamore Creek HOA | | | 1,047.41 |
| 1305. Lender Closing Protection Coverage to First American Title Insurance Co | | | 35.00 |
| 1306. Water/Sewer Bill - delinquent to City of Pickerington | | | 130.89 |
| 1307. Water/Sewer Bill - Current to City of Pickerington | | | 89.90 |
| 1308. Talon AGT - Delivery/Email/Service Charge - Talon Title Agency of Central Ohio, Inc. | | | 80.00 |
| 1309. | | | |
| 1310. | | | |
| 1311. | | | |
| 1312. | | | |
| 1313. | | | |
| 1314. | | | |
| Supplemental Summary | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | 2,809.62 | 15,840.95 |

* See Supplemental Page for details.

| | | File No. 1808095-NE |
|---|---|---|
| Supplemental Page<br>HUD-1 Settlement Statement | | |
| **Talon Title Agency of Central Ohio, Inc.**<br>**Final Statement** | | Loan No.<br>0030053629 |
| | | Settlement Date:<br>01/29/2010 |

Borrower Name & Address: Emily M. Pazaropoulos
474 Faber Street, Pickerington, OH 43147

Seller Name & Address: Sharon Lynn Evans

| Section L. Settlement Charges continued | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| 1108. Supplemental Summary | 1,117.75 | | |
| a. ALTA Second Generation Eagle Owner Policy - Talon Title Agency of Central Ohio, Inc. | | | 1,017.75 |
| b. ALTA 2006 Short Form Res Loan Policy - Talon Title Agency of Central Ohio, Inc. | | | 100.00 |
| 1201. Supplemental Summary | 144.00 | | |
| a. Record Grant Deed - Talon Title Agency of Central Ohio, Inc. | | | 36.00 |
| b. Record Mortgage - Talon Title Agency of Central Ohio, Inc. | | | 108.00 |
| 1202. Supplemental Summary | 620.50 | | |
| a. City Documentary Transfer Tax - Talon Title Agency of Central Ohio, Inc. | | | 620.50 |

| The following Section is restated from the Settlement Statement Page 1 | | | |
|---|---|---|---|
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross amount due from Borrower (line 120) | 157,809.62 | 601. Gross Amount due to Seller (line 420) | 155,000.00 |
| 302. Less amounts paid by/for Borrower (line 220) | 154,361.96 | 601. Less reductions in amounts due to Seller (line 520) | 155,000.00 |
| 303. Cash (X From) ( To) Borrower | 3,447.66 | 603. Cash ( To) ( From) Seller | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and distributions made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

## BREAKDOWN OF BORROWERS CLOSING COSTS PAID BY SELLER AT CLOSING

| Description | |
|---|---:|
| **LENDER CHARGES (SECTION 801-812)** | |
| Loan Origination Fee | |
| Loan Discount | |
| Appraisal Fee | $100.00 |
| Credit Report | $50.00 |
| Tax Service Fee | |
| Application Fee | |
| Underwriting Fee | |
| Escrow Holdback | $264.52 |
| Flood Certification | $13.50 |
| Application Fee | $300.00 |
| Courier Fee | $25.00 |
| Processing Fee | $350.00 |
| **PREPAID ITEMS (SECTION 901-905)** | |
| Interest | $64.11 |
| Hazard Insurance Premium | |
| **MONTHLY ESCROWS (SECTION 1001-1008)** | |
| Hazard Insurance Escrow | $123.00 |
| Mortgage Insurance Escrow | |
| County Property Tax Escrow | $675.37 |
| **TITLE CHARGES (SECTION 1101-1113)** | |
| Settlement or Closing Fee | $195.00 |
| Title Insurance Binder | $50.00 |
| Title Insurance | $100.00 |
| Recording Service Fee | $20.00 |
| EPA Endorsement | $50.00 |
| Survey Endorsement | $100.00 |
| Delivery Fee | $40.00 |
| Comp Endorsement | $150.00 |
| **RECORDING FEES (SECTION 1201-1205)** | $144.00 |
| Recording Fees | |
| Recording of Assignment | |
| Parcel Transfer | $0.50 |
| **ADDITIONAL CHARGES (SECTION 1301-1307)** | |
| Survey | $150.00 |
| Pest Inspection | |
| Gas Line Warranty | |
| GARP Fee | |
| Lender Closing Protection Coverage | $35.00 |
| Lender Closing Protection Coverage | |
| **TOTAL COSTS PAID BY SELLER** | $3,000.00 |